# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

**DEBTOR:** WEISSER, CHAD STANLEY
WEISSER, GLORENE ROSE

**CHAPTER 7 BANKRUPTCY CASE NO: 06-50433**

Please check one:

_____ Unclaimed Dividends

__X__ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Krueger Wholesale 10706 Tesch Lane Rothschild, WI 54474- | 2 | $292.99 | $2.15 |

Date: December 27, 2009

/e/ Terri A. Running
Terri A. Running

Letter – Bankruptcy Court –
Unclaimed Dividends/Distribution
Less than $5